**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**
**(Kansas City Docket)**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **Plaintiff,** | |
| **v.** | **Case No.** 16-20008-01/15-CM-JPO |
| **EDWIN PACHECO** | **FILED UNDER SEAL** |
|     **a.k.a. "Coco,"** | |
|     **a.k.a. "Cocoliso,"** | |
| **JASON BELL,** | |
| **SERGIO ZAMUDIO** | |
|     **a.k.a. "Cheko,"** | |
| **MIGUEL MACIAS,** | |
| **JOSE TORRES-AYALA,** | |
|     **a.k.a. "Borrego,"** | |
| **SEAN VAKA** | |
|     **a.k.a. "Sunny,"** | |
| **LUIS VILLA-VALENCIA,** | |
| **GABINO GARCIA, JR.** | |
|     **a.k.a. "Bino,"** | |
|     **a.k.a. "Junior,"** | |
| **JOSE SANTIAGO CHAVEZ,** | |
| **RICARDO TORRES,** | |
| **CARLOS SIERRA** | |
|     **a.k.a. "C-Los,"** | |
| **ULISES MEDINA-GARCIA,** | |
| **FERNANDO AVALOS-CARRILLO,** | |
| **CHRISTIAN CRUZ, and** | |
| **ERIC GARCIA,** | |
| **Defendants.** | |

**INDICTMENT**

The Grand Jury charges:

**COUNT 1**

Beginning on or about June 1, 2013 and continuing to on or about September 9, 2015, in

the District of Kansas and elsewhere, the defendants,

**EDWIN PACHECO**
**a.k.a. "Coco,"**
**a.k.a. "Cocoliso,"**
**JASON BELL,**
**SERGIO ZAMUDIO**
**a.k.a. "Cheko,"**
**MIGUEL MACIAS,**
**JOSE TORRES-AYALA**
**a.k.a. "Borrego,"**
**SEAN VAKA,**
**a.k.a. "Sunny,"**
**LUIS VILLA-VALENCIA,**
**GABINO GARCIA, JR.**
**a.k.a. "Bino,"**
**a.k.a. "Junior,"**
**JOSE SANTIAGO CHAVEZ,**
**RICARDO TORRES,**
**CARLOS SIERRA**
**a.k.a. "C-Los,"**
**ULISES MEDINA-GARCIA,**
**FERNANDO AVALOS-CARRILLO,**
**CHRISTIAN CRUZ, and**
**ERIC GARCIA,**

knowingly and intentionally conspired with each other and with other persons, both known and unknown to the grand jury, to distribute and possess with intent to distribute methamphetamine, and to distribute and possess with intent to distribute a mixture and substance containing cocaine, controlled substances, each in violation of Title 21, United States Code, Sections 841(a)(1) and Title 18, United States Code, Section 2.  This was all in violation of Title 21, United States Code, Section 846.

### QUANTITY OF METHAMPHETAMINE INVOLVED IN THE CONSPIRACY

With respect to defendants **EDWIN PACHECO**, **JASON BELL**, **SERGIO ZAMUDIO**, **JOSE TORRES-AYALA**, **SEAN VAKA**, **LUIS VILLA-VALENCIA**, **GABINO GARCIA JR.**, **JOSE SANTIAGO CHAVEZ**, **CARLOS SIERRA**, **ULISES MEDINA-GARCIA**, **FERNANDO AVALOS-CARRILLO**, **CHRISTIAN CRUZ**, and **ERIC GARCIA**, their conduct as members of the methamphetamine conspiracy charged in Count 1,

2

which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved more than 50 grams of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

<u>QUANTITY OF COCAINE INVOLVED IN THE CONSPIRACY</u>

With respect to the defendant **RICARDO TORRES**, his conduct as a member of the conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii)(II).

With respect to the defendants **MIGUEL MACIAS** and **JOSE SANTIAGO CHAVEZ**, their conduct as members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(ii)(II).

With respect to the defendants **LUIS VILLA-VALENCIA** and **CARLOS SIERRA**, their conduct as members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved a quantity of a mixture and substance containing a detectable amount of cocaine, a controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

**<u>COUNT 2</u>**

On or about April 4, 2014, in the District of Kansas, the defendant,

**JASON BELL,**

knowingly and intentionally distributed more than 50 grams of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## COUNT 3

On or about April 10, 2014, in the District of Kansas, the defendant,

**EDWIN PACHECO**
**a.k.a. "Coco,"**
**a.k.a. "Cocoliso,"**

knowingly and intentionally distributed more than 50 grams of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## COUNT 4

On or about May 1, 2014, in the District of Kansas, the defendant,

**JASON BELL,**

knowingly and intentionally distributed more than 50 grams of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## COUNT 5

On or about June 28, 2014, in the District of Kansas, the defendants,

**EDWIN PACHECO**
**a.k.a. "Coco,"**
**a.k.a. "Cocoliso," and**
**GABINO GARCIA, JR.**
**a.k.a. "Bino,"**
**a.k.a. "Junior,"**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating the offense set forth in Count 1 of this Indictment, incorporated by

reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 6

On or about June 28, 2014, in the District of Kansas, the defendants,

**EDWIN PACHECO**
**a.k.a. "Coco,"**
**a.k.a. "Cocoliso," and**
**SEAN VAKA**
**a.k.a. "Sunny,"**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating the offense set forth in Count 1 of this Indictment, incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 7

On or about June 28, 2014, in the District of Kansas, the defendants,

**EDWIN PACHECO**
**a.k.a. "Coco,"**
**a.k.a. "Cocoliso," and**
**CARLOS SIERRA**
**a.k.a. "C-Los,"**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating the offense set forth in Count 1 of this Indictment, incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 8

On or about July 22, 2014, in the District of Kansas, the defendants,

**ULISES MEDINA-GARCIA,**
**and**
**FERNANDO AVALOS-CARRILLO,**

knowingly and intentionally possessed with intent to distribute more than 50 grams of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), and Title 18, United States Code, Section 2.

5

## COUNT 9

On or about August 14, 2014, in the District of Kansas, the defendants,

**EDWIN PACHECO
a.k.a. "Coco,"
a.k.a. "Cocoliso,
and
JASON BELL,**

knowingly and intentionally possessed with intent to distribute more than 50 grams of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## COUNT 10

On or about December 14, 2014, in the District of Kansas, the defendant,

**MIGUEL MACIAS,**

who was an unlawful user of a controlled substance, knowingly and unlawfully shipped and transported in interstate and foreign commerce, possessed in and affecting interstate and foreign commerce, and received firearms which had been shipped and transported in interstate and foreign commerce, namely a Bushmaster, model XM-15-E2S, .223 caliber rifle, serial number ARB23515; and a Taurus, Millennium PT140 PRO, .40 caliber pistol, serial number SCT21547, in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2), and Title 18, United States Code, Section 2.

## COUNT 11

On or about January 29, 2015, in the District of Kansas, the defendant,

**LUIS VILLA-VALENCIA,**

knowingly and intentionally possessed with intent to distribute more than 50 grams of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION I – CONTROLLED SUBSTANCES VIOLATION

The allegations contained in Counts 1 – 9 and 11 of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 21, United States Code, Sections 853(a)(1), (a)(2) and (p).

As a result of the commission of the violations charged in Counts 1- 9 and 11 of this Indictment, and upon conviction of the offense, the defendants,

**EDWIN PACHECO**
**a.k.a. "Coco,"**
**a.k.a. "Cocoliso,"**
**JASON BELL,**
**SERGIO ZAMUDIO**
**a.k.a. "Cheko,"**
**MIGUEL MACIAS,**
**JOSE TORRES-AYALA**
**a.k.a. "Borrego,"**
**SEAN VAKA,**
**a.k.a. "Sunny,"**
**LUIS VILLA-VALENCIA,**
**GABINO GARCIA, JR.**
**a.k.a. "Bino,"**
**a.k.a. "Junior,"**
**JOSE SANTIAGO CHAVEZ,**
**RICARDO TORRES,**
**CARLOS SIERRA**
**a.k.a. "C-Los,"**
**ULISES MEDINA-GARCIA,**
**FERNANDO AVALOS-CARRILLO,**
**CHRISTIAN CRUZ, and**
**ERIC GARCIA,**

jointly and severally, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds that the defendants obtained directly or indirectly as a result of the violations charged in Counts 1-9 and 11 any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1-9 and 11 of this indictment, including but not limited to the following:

A.      FORFEITURE MONEY JUDGMENT

A sum of money equal to approximately $4,000,000.00 in United States Currency representing the total amount of proceeds obtained as a result of the offenses set out in Counts 1 – 9 and 11.

## FORFEITURE ALLEGATION II – FIREARMS VIOLATIONS

The allegations contained in Count 10 of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offenses identified in Count 10, the defendant,

**MIGUEL MACIAS,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the knowing and willful commission of the offense and intended to be used in the offense, including, but not limited to, a Bushmaster, model XM-15-E2S, .223 caliber rifle, serial number ARB23515; and a Taurus, Millennium PT140 PRO, .40 caliber pistol, serial number SCT21547.

A TRUE BILL.

Dated:  February 17, 2016

s/Foreperson
FOREPERSON

s/ Trent M. Krug, Ks. S. Ct. #19454 for
BARRY R. GRISSOM
United States Attorney
District of Kansas
500 State Ave., Suite 360
Kansas City, KS 66101
(913) 551-6730
(913) 551-6541 (fax)
barry.grissom@usdoj.gov
Ks. S. Ct. No. 10866

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

**PENALTIES:**

**Counts 1 – 4, 8, 9, and 11:   21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii)(II), (b)(1)(A)(viii), and 846;**
**                18  U.S.C. § 2**

- NLT 10 years NMT life imprisonment;
- NMT $10,000,000.00 fine;
- NLT 5 years supervised release;
- Forfeiture Allegation I; and
- $100.00 special assessment fee.

If the defendant has a prior conviction for a felony drug offense the penalties are:

- NLT 20 years NMT life imprisonment;
- NMT $20,000,000.00 fine;
- NLT 10 years supervised release;
- Forfeiture Allegation I; and
- $100.00 special assessment fee.

If the defendant has two or more prior convictions for felony drug offenses the penalties are:

- NLT life imprisonment;
- NMT $20,000,000.00 fine;
- Forfeiture Allegation I; and
- $100.00 special assessment fee.

**Count 1:   21 U.S.C. §§ 841(a)(1), (b)(1)(B)(ii)(II), (b)(1)(B)(viii), and 846; 18 U.S.C. § 2**

- NLT 5 years NMT 40 years imprisonment;
- NMT $5,000,000.00 fine;
- NLT 4 years supervised release;
- Forfeiture Allegation I; and
- $100.00 special assessment fee.

If the defendant has a prior conviction for a felony drug offense the penalties are:

- NLT 10 years NMT life imprisonment;
- NMT $8,000,000.00 fine;
- NLT 8 years supervised release;
- Forfeiture Allegation I; and
- $100.00 special assessment fee.

9

**Count 1:  21 U.S.C. §§ 846 & 841(a)(1) and (b)(1)(C); and 18 U.S.C. § 2**

- NMT 20 years imprisonment,
- NMT $1,000,000.00 fine,
- NLT 3 years supervised release;
- Forfeiture Allegation I; and
- $100.00 special assessment fee.

If the defendant has a prior conviction for a felony drug offense the penalties are:

- NMT 30 years imprisonment,
- NMT $2,000,000.00 fine,
- NLT 6 years supervised release;
- Forfeiture Allegation I; and
- $100 special assessment fee.

**Counts 5 - 7:  21 U.S.C. § 843(b)**

- NMT 4 years imprisonment;
- NMT $250,000 fine;
- NMT 3 years supervised release;
- Forfeiture Allegation I; and
- $100 special assessment fee.

**Count 10:  18 U.S.C. §§ 922(g)(3) and 924(a)(2); 18 U.S.C. § 2**

- NMT 10 years imprisonment,
- NMT $250,000.00 fine,
- NMT 3 years supervised release;
- Forfeiture Allegation II; and
- $100 special assessment fee.